UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                        CASE NO. 8:08-CR-40-T-17-TGW

KEVIN GORHAM
_____/

**ORDER**

This cause comes before the Court on the defendant's motion to dismiss indictment (Docket No. 20) and response from the government (Docket No. 26). The Court has also done considerable research into the issues raised by the motion to dismiss. The government's response, which is an extensive and impressive explication of the issues of the case, dovetails completely with the independent research done by this Court on each issue. The Court concluded, independently and prior to the filing of the response, the same outcome, denial of the motion to dismiss, was the correct resolution of the motion. Therefore, the Court, finding the response persuasive and an impressive articulation of the issues, incorporates it by reference herein. Accordingly, it is.

**ORDERED** that defendant's motion to dismiss indictment (Docket No. 20) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 29th day of September, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record